UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
BERG, STANLEY § Case No. 05-58649 JBS
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/RONALD R. PETERSON_____
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 05-58649 | Judge: HON. JOHN B. SCHMETTERER | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | BERG, STANLEY | | | Date Filed (f) or Converted (c): | 10/15/05 (f) |
| | | | | 341(a) Meeting Date: | 02/24/06 |
| For Period Ending: | 08/11/11 | | | Claims Bar Date: | 07/05/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real estate at 825 Kipling Lane | 640,000.00 | 0.00 | | 169,293.10 | FA | 640,000.00 | 0.00 |
| 2. Cash | 43.00 | 0.00 | | 0.00 | FA | 0.00 | 43.00 |
| 3. Account at American Enterprise | 540.00 | 0.00 | | 0.00 | FA | 270.00 | 270.00 |
| 4. Account with Merrill Lynch | 1,700.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. 1/2 of household furniture | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,230.00 |
| 6. Furniture | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 7. Book, pictures, artwork & collections | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Clothing | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 9. Wearing apparel | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 10. B-3 corporate stock | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Berg Manufacturing loans | 200,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. 2003 Mercury Grand Marquis | 15,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. 2004 Lincoln Mercury Grand Marquis | 20,000.00 | 0.00 | | 0.00 | FA | 25,000.00 | 1,200.00 |
| 14. Avoidance Action (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 05-58649 | Judge: HON. JOHN B. SCHMETTERER |
|---|---|---|
| Case Name: | BERG, STANLEY | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 10/15/05 (f) |
| 341(a) Meeting Date: | 02/24/06 |
| Claims Bar Date: | 07/05/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. Insurance Refund (u) | 0.00 | 684.00 | | 684.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 85.79 | FA | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)    $880,833.00    $684.00        $170,062.89    Gross Value of Remaining Assets $0.00    $665,270.00    $3,843.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

November 26, 2010, 11:24 a.m.   In process of preparing attorneys' fee application and final report.

RE PROP# 1---Both sets of liens were avoided.  The first lien was filed in the wrong state Saxson, while the second lien
   did not comply with the conveyancing statute.

RE PROP# 14---Complex Adverary to avoid two mortgages and fraudulent transfer of house

RE PROP# 15---Jenner paid the insurance and I put the refund in the Trustee's account.

Initial Projected Date of Final Report (TFR): 12/31/08        Current Projected Date of Final Report (TFR): 03/31/11

_____        Date: _____

RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-58649 -JBS | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | BERG, STANLEY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0396 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4455 | | | |
| For Period Ending: | 08/11/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/02/10 | 1 | Centruy Marino Realtors Escrow Account 5800 W. Dempster Morton Grove, Il 60053 | Sale of Real Estate $50,000 was the down payment. The difference between $50,000 and the amount of this check is the broker's commission | 1110-000 | 23,420.00 | | 23,420.00 |
| 03/02/10 | 1 | Chicago Title and Trust 171 North Clark Chicago, Il 60601 | Sale of Real Estate | | 145,873.10 | | 169,293.10 |
| | | | Memo Amount:  (     3,388.20 ) County Taxes | 4700-000 | | | |
| | | | Memo Amount:  (    20,611.11 ) County Taxes | 4700-000 | | | |
| | | MARINO CENTUIRY 21 | Memo Amount:  (    26,580.00 ) Broker's Commission | 3510-000 | | | |
| | | CHICAGO TITLE & TRUST | Memo Amount:  (       425.00 ) Title Charges | 2500-000 | | | |
| | | CHICAGO TITLE & TRUST | Memo Amount:  (     1,650.00 ) Title Insurance | 2500-000 | | | |
| | | CHICAGO TITLE &TRUST | Memo Amount:  (        50.00 ) Delivery Charge | 2500-000 | | | |
| | | CHICAGO TITLE & TRUST | Memo Amount:  (       100.00 ) Title Insurance | 2500-000 | | | |
| | | CITY OF HIGHLAND PARK | Memo Amount:  (       221.50 ) Highland Park Stamp Tax | 2820-000 | | | |
| | | | Memo Amount:  (       443.00 ) State Stamp Tax | 2820-000 | | | |
| | | | Memo Amount:  (         3.00 ) State of Illinois Registration Fee | 2820-000 | | | |
| | | NORTH SHORE SANITARY DISTRICT | Memo Amount:  (        18.06 ) | 2820-000 | | | |

Page Subtotals            169,293.10            0.00

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 05-58649 -JBS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | BERG, STANLEY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0396 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4455 | | | |
| For Period Ending: | 08/11/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Utilities | | | | | |
| | | JENNER & BLOCK | Memo Amount: ( 3,225.92 ) | | 2500-000 | | | |
| | | | Utilities | | | | | |
| | | JENNER & BLOCK | Memo Amount: ( 10,976.86 ) | | 2500-000 | | | |
| | | | Utilities and Landscaping | | | | | |
| | | | Memo Amount: ( 36,721.15 ) | | 4700-000 | | | |
| | | | Real Estate Taxes | | | | | |
| | | INGRID BERG | Memo Amount: ( 169,293.10 ) | | 8500-002 | | | |
| | | | Non Debtor Payment | | | | | |
| | 1 | CHICAGO TITLE & TRUST | Memo Amount: 419,580.00 | | 1110-000 | | | |
| | | | Gross Sale Price | | | | | |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 6.23 | | 169,299.33 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 6.96 | | 169,306.29 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 7.18 | | 169,313.47 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 6.96 | | 169,320.43 |
| 07/27/10 | | MetLife Auto & Home | Insurance Refund | | 2420-000 | 684.00 | | 170,004.43 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 7.19 | | 170,011.62 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 7.22 | | 170,018.84 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 6.99 | | 170,025.83 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 7.21 | | 170,033.04 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 6.99 | | 170,040.03 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 7.22 | | 170,047.25 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 1270-000 | 7.22 | | 170,054.47 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1270-000 | 1.30 | | 170,055.77 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1270-000 | 1.44 | | 170,057.21 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1270-000 | 1.39 | | 170,058.60 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 1270-000 | 1.45 | | 170,060.05 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1270-000 | 1.40 | | 170,061.45 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1270-000 | 1.44 | | 170,062.89 |

Page Subtotals     769.79     0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 05-58649 -JBS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | BERG, STANLEY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0396  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4455 | | |
| For Period Ending: | 08/11/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 419,580.00 | COLUMN TOTALS | 170,062.89 | 0.00 | 170,062.89 |
| Memo Allocation Disbursements: | 273,706.90 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 170,062.89 | 0.00 | |
| Memo Allocation Net: | 145,873.10 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 170,062.89 | 0.00 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 419,580.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 273,706.90 | Money Market Account (Interest Earn - *******0396 | 170,062.89 | 0.00 | 170,062.89 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 145,873.10 | | 170,062.89 | 0.00 | 170,062.89 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-58649 | | Page 1 | | | Date: August 12, 2011 |
| Debtor Name: | BERG, STANLEY | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012 001 3110-00 | JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $378,236.95 | $378,236.95 |
| 000013 001 3310-00 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, IL 60603 | Administrative | | $0.00 | $1,615.70 | $1,615.70 |
| 000001 070 7100-00 | Glenn R Barmann Trustee for State Line Plastics c/o William D Anthony 20 N Wacker Drive Ste 2520 Chicago, Il 60606 | Unsecured | Filed 03/28/06 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| 000002 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Filed 05/01/06 | $0.00 | $4,106.35 | $4,106.35 |
| 000003 070 7100-00 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Unsecured | Filed 05/09/06 | $0.00 | $7,588.39 | $7,588.39 |
| 000004 070 7100-00 | American Express Travel Related Services Co Inc c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Filed 05/15/06 | $0.00 | $23,745.50 | $23,745.50 |
| 000005 070 7100-00 | CAPITAL ONE BANK C/O TSYS DEBT MGMT PO BOX 5155 NORCROSS , GA 30091 | Unsecured | Filed 05/23/06 | $0.00 | $23,490.85 | $23,490.85 |
| 000006 070 7100-00 | U.S. Department of Labor Office of the Solicitor 230 S. Dearborn, Room 844 Chicago, IL 60604 Attn.: Karen L. Mansfield | Unsecured | Filed 06/14/06 | $0.00 | $64,872.44 | $64,872.44 |
| 000007 050 4110-00 | Michael Frisbie 10 Trafalgar Road Lincolnshire Road Lincolnshire, IL 60069-3003 | Unsecured | Filed 06/21/06 | $0.00 | $483,683.73 | $483,683.73 |
| 000008 070 7100-00 | Citibank USA NA DBA The Home Depot P O Box 9025 Des Moines, IA 50368 | Unsecured | Filed 06/29/06 | $0.00 | $10,197.24 | $10,197.24 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-58649 | | Page 2 | | | Date: August 12, 2011 |
| Debtor Name: | BERG, STANLEY | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 050 4110-00 | Saxon Mortgage 1270 Northland Dr Ste 200 Mendota Heights, MN 55120 | Unsecured | Filed 06/30/06 | $0.00 | $507,798.60 | $507,798.60 |
| 000010 070 7100-00 | KORMAN/LEDERER Management Co as agent 3100 DUNDEE AVE SUITE 116 NORTHBROOK, IL 60062 | Unsecured | Filed 06/30/06 | $0.00 | $843,452.00 | $843,452.00 |
| 000011 070 7100-00 | MBNA AMERICA BANK NA Mailstop DE5-014-02-03 P O Box 15168 Wilmington, DE 19850 | Unsecured | Filed 07/05/06 | $0.00 | $9,829.92 | $9,829.92 |
| | Case Totals: | | | $0.00 | $3,358,617.67 | $3,358,617.67 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-58649 JBS
Case Name: BERG, STANLEY
Trustee Name: RONALD R. PETERSON

      Balance on hand        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Glenn R Barmann Trustee for State Line Plastics c/o William D Anthony 20 N Wacker Drive Ste 2520 Chicago, Il 60606 | $ | $ | $ |
| 000002 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | American Express Travel Related Services Co Inc c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ | $ | $ |
| 000005 | CAPITAL ONE BANK C/O TSYS DEBT MGMT PO BOX 5155 NORCROSS , GA 30091 | $ | $ | $ |
| 000006 | U.S. Department of Labor Office of the Solicitor 230 S. Dearborn, Room 844 Chicago, IL 60604 Attn.: Karen L. Mansfield | $ | $ | $ |
| 000007 | Michael Frisbie 10 Trafalgar Road Lincolnshire Road Lincolnshire, IL 60069-3003 | $ | $ | $ |
| 000008 | Citibank USA NA DBA The Home Depot P O Box 9025 Des Moines, IA 50368 | $ | $ | $ |
| 000009 | Saxon Mortgage 1270 Northland Dr Ste 200 Mendota Heights, MN 55120 | $ | $ | $ |
| 000010 | KORMAN/LEDERER Management Co as agent 3100 DUNDEE AVE SUITE 116 NORTHBROOK, IL 60062 | $ | $ | $ |
| 000011 | MBNA AMERICA BANK NA Mailstop DE5-014-02-03 P O Box 15168 Wilmington, DE 19850 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance                                                                     $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE