UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BERG, STANLEY § Case No. 05-58649 JBS
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE U.S. BANKRUPTCY COURT
        KENNETH S. GARDNER
        219 S. Dearborn St.
        Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/27/2011 in Courtroom 682,
        UNITED STATES BANKRUPTCY COURT
        219 S. Dearborn St.
        Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    The debtor has not been discharged.

Date Mailed: 09/27/2011         By: UNITED STATES BANKRUPTCY COURT
                                        COURT
                                        Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| BERG, STANLEY | § | Case No. 05-58649 JBS |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 443,085.79 |
| and approved disbursements of | $ | 273,022.90 |
| leaving a balance on hand of[1] | $ | 170,062.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: RONALD R. PETERSON | $ 11,753.14 | $ 0.00 | $ 11,753.14 |
| Trustee Expenses: RONALD R. PETERSON | $ 136.04 | $ 0.00 | $ 136.04 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 351,178.50 | $ 0.00 | $ 146,233.56 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 27,058.45 | $ 0.00 | $ 11,267.36 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 1,601.30 | $ 0.00 | $ 666.79 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 14.40 | $ 0.00 | $ 6.00 |

Total to be paid for chapter 7 administrative expenses       $   170,062.89

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

    Remaining Balance                                                                                             $_____0.00

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 2,978,765.02 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Glenn R Barmann Trustee for State Line Plastics c/o William D Anthony 20 N Wacker Drive Ste 2520 Chicago, Il 60606 | $ 1,000,000.00 | $ 0.00 | $ 0.00 |
| 000002 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 4,106.35 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | $ 7,588.39 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | American Express Travel Related Services Co Inc c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 23,745.50 | $ 0.00 | $ 0.00 |
| 000005 | CAPITAL ONE BANK C/O TSYS DEBT MGMT PO BOX 5155 NORCROSS , GA 30091 | $ 23,490.85 | $ 0.00 | $ 0.00 |
| 000006 | U.S. Department of Labor Office of the Solicitor 230 S. Dearborn, Room 844 Chicago, IL 60604 Attn.: Karen L. Mansfield | $ 64,872.44 | $ 0.00 | $ 0.00 |
| 000007 | Michael Frisbie 10 Trafalgar Road Lincolnshire Road Lincolnshire, IL 60069-3003 | $ 483,683.73 | $ 0.00 | $ 0.00 |
| 000008 | Citibank USA NA DBA The Home Depot P O Box 9025 Des Moines, IA 50368 | $ 10,197.24 | $ 0.00 | $ 0.00 |
| 000009 | Saxon Mortgage 1270 Northland Dr Ste 200 Mendota Heights, MN 55120 | $ 507,798.60 | $ 0.00 | $ 0.00 |
| 000010 | KORMAN/LEDERER Management Co as agent 3100 DUNDEE AVE SUITE 116 NORTHBROOK, IL 60062 | $ 843,452.00 | $ 0.00 | $ 0.00 |
| 000011 | MBNA AMERICA BANK NA Mailstop DE5-014-02-03 P O Box 15168 Wilmington, DE 19850 | $ 9,829.92 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $_____0.00

Remaining Balance        $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                        Case No. 05-58649-JBS
Stanley Berg                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina              Page 1 of 2            Date Rcvd: Sep 28, 2011
                              Form ID: pdf006            Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2011.
db           +Stanley Berg,    155 Avon Road,    Northbrook, IL 60062-1335
aty          +Jeffrey Strange,    Jeffrey Strange & Associates,    717 Ridge Road,    Wilmette, IL 60091-2486
aty          +Ronald Peterson,    Jenner & Block,    353 N. Clark Street,    Chicago, IL 60654-5474
tr           +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
10477474      AMERICAN EXPRESS CENTURION BANK,    P O Box 3001,    Malvern, PA 19335-0701,
              DALLAS, TX 33336-0002
10477475     +AMERICAN EXPRESS PLATINUM,    ACCT#: 3004,   PO BOX 650448,    DALLAS, TX 75265-0448
10715751      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10734868      American Express Travel Related Services Co Inc,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
10477476      BANK OF AMERICA CARD,    ACCT#: 8159,   PO BOX 1758,    NEWARK, NJ 07101-1758
10746508     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK,     C/O TSYS DEBT MGMT,    PO BOX 5155,
              NORCROSS , GA 30091)
10477478     +CAPITOL ONE FSB,    ACCT#: 8723,   PO BOX 790217,    ST LOUIS, MO 63179
10477479      CHASE,   ACCT#: 8421,    PO BOX 15153,   WILLMINGTON, DE 19886-5153
10477480     +CRESTMARK BANK,    850 E. LONG LAKE ROAD,    TROY, MI 48085-7901
10798049      Citibank USA NA,    DBA The Home Depot,    P O Box 9025,    Des Moines, IA 50368
10477481      EMERGE,   ACCT#: 1357,    PO BOX 1249,   NEWARK, NJ 07101-1249
10477482      FORD MOTOR CREDIT,    HOME DEPOT,   ACCT#: 5229,    CREDIT SERVICES,    DES MOINES, IA 50346-0500
10480325     +Ford Motor Credit,    c/o Sherman and Sherman,    120 South LaSalle,    Chicago, IL 60603-3403
10665378     +Glenn R Barmann Trustee for State Line Plastics,     c/o William D Anthony,
              20 N Wacker Drive Ste 2520,    Chicago, Il 60606-3004
10480327      Home Depot,   Credit Services,    Des Moines, IA   50346
10477483     +JEFFREY STRANGE,    717 RIDGE,   WILMETTE, IL 60091-2486
10477484     +KORMAN/LEDERER Management Co as agent,    3100 DUNDEE AVE,    SUITE 116,
              NORTHBROOK, IL 60062-2425
10477486     +MICHAEL FRISBIE,    10 TRAFALGAR ROAD,   LINCOLNSHIRE, IL 60069-3003
10477487      MNBA PLATINUM PLUS,    ACCT#: 5229,   PO BOX 15137,    WILMINGTON, DE 19886-5137
10949626     +Marc O Beem,    Roger J Perlstadt,   Miller Shakman & Beem LLP,     180 N Lasalle Street Ste 3600,
              Chciago, Il 60601-2805
10480328     +Marchan, Marcos,    c/o Bruce L. Jorenson,    134 N. LaSalle,    Chicago, IL 60602-1086
10787803      Michael Frisbie,    10 Trafalgar Road,   Lincolnshire Road,    Lincolnshire, IL 60069-3003
11999767     +Saxon Mortgage,    1270 Northland Dr Ste 200,    Mendota Heights, MN 55120-1176
10770748     +U.S. Department of Labor,    Office of the Solicitor,    230 S. Dearborn, Room 844,
              Chicago, IL 60604-1779,    Attn.: Karen L. Mansfield
10665377     +William D Anthony,    20 N Wacker Drive,    suite 2520,    Chicago,    IL 60606-3004
10799719     +Wilshire Credit Corp., atty-in-fact for FV-1, Inc.,     c/o Miller Shakman & Beem LLP,
              Attn: Roger Perlstadt,    180 North LaSalle Street, Suite 3600,    Chicago,    IL 60601-2805
10480326      Wilshire Credit Corporation,    P O Box 8517,    Portland, OR 97207-8517
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10726849     +E-mail/PDF: BNCEmails@blinellc.com Sep 29 2011 04:14:49      Chase Bank USA, N.A.,
              c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Michael J Kelly
10477477*    +STANLEY BERG,    155 AVON ROAD,   NORTHBROOK, IL 60062-1335
10477485    ##+MBNA AMERICA BANK NA,    Mailstop DE5-014-02-03,    P O Box 15168,    Wilmington, DE 19850-5168
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: nmolina            Page 2 of 2            Date Rcvd: Sep 28, 2011
                              Form ID: pdf006          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2011**                **Signature:**   /s/ Joseph Speetjens