# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BERG, STANLEY | § | Case No. 05-58649 JBS |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ingrid Berg | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | County Taxes | | | | | |
| | County Taxes | | | | | |
| | Real Estate Taxes | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| METLIFE AUTO & HOME | | | | | |
| CHICAGO TITLE & TRUST | | | | | |
| CHICAGO TITLE & TRUST | | | | | |
| CHICAGO TITLE & TRUST | | | | | |
| CHICAGO TITLE &TRUST | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CITY OF HIGHLAND PARK | | | | | |
| NORTH SHORE SANITARY DISTRICT | | | | | |
| State Stamp  Tax | | | | | |
| State of Illinois Registration Fee | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| MARINO CENTUIRY 21 | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000005 | CAPITAL ONE BANK | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CITIBANK USA NA | | | | | |
| 000001 | GLENN R BARMANN TRUSTEE FOR STATE L | | | | | |
| 000010 | KORMAN/LEDERER MANAGEMENT CO AS AGE | | | | | |
| 000011 | MBNA AMERICA BANK NA | | | | | |
| 000007 | MICHAEL FRISBIE | | | | | |
| 000009 | SAXON MORTGAGE | | | | | |
| 000006 | U.S. DEPARTMENT OF LABOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| | |
|---|---|
| Case No: | 05-58649 |
| Case Name: | BERG, STANLEY |
| For Period Ending: | 03/21/12 |

Judge: HON. JOHN B. SCHMETTERER

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 10/15/05 (f) |
| 341(a) Meeting Date: | 02/24/06 |
| Claims Bar Date: | 07/05/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real estate at 825 Kipling Lane | 640,000.00 | 0.00 | | 443,000.00 | FA | 640,000.00 | 0.00 |
| 2. Cash | 43.00 | 0.00 | | 0.00 | FA | 0.00 | 43.00 |
| 3. Account at American Enterprise | 540.00 | 0.00 | | 0.00 | FA | 270.00 | 270.00 |
| 4. Account with Merrill Lynch | 1,700.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. 1/2 of household furniture | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,230.00 |
| 6. Furniture | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 7. Book, pictures, artwork & collections | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Clothing | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 9. Wearing apparel | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 10. B-3 corporate stock | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Berg Manufacturing loans | 200,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. 2003 Mercury Grand Marquis | 15,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. 2004 Lincoln Mercury Grand Marquis | 20,000.00 | 0.00 | | 0.00 | FA | 25,000.00 | 1,200.00 |
| 14. Avoidance Action (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 05-58649 | Judge: HON. JOHN B. SCHMETTERER |
|---|---|---|
| Case Name: | BERG, STANLEY | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 10/15/05 (f) |
| 341(a) Meeting Date: | 02/24/06 |
| Claims Bar Date: | 07/05/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. Insurance Refund (u) | 0.00 | 684.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 90.08 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $880,833.00 | $684.00 | | $443,090.08 | $0.00 | $665,270.00 | $3,843.00 |
|---|---|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 11:21 am.  TFR filed 9/27/11, and checks issued.  Computer glitch problem with Epiq software prevented preparation of TDR.  TDR should be filed in February 2012.

November 26, 2010, 11:24 a.m.   In process of preparing attorneys' fee application and final report.

RE PROP# 1---Both sets of liens were avoided.  The first lien was filed in the wrong state Saxson, while the second lien
   did not comply with the conveyancing statute.
RE PROP# 14---Complex Adverary to avoid two mortgages and fraudulent transfer of house
RE PROP# 15---Jenner paid the insurance and I put the refund in the Trustee's account.

Initial Projected Date of Final Report (TFR): 12/31/08        Current Projected Date of Final Report (TFR): 03/31/11

_____ Date: _____
RONALD R. PETERSON

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 05-58649 -JBS | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | BERG, STANLEY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0396 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4455 | | | |
| For Period Ending: | 03/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/02/10 | 1 | Centruy Marino Realtors Escrow Account 5800 W. Dempster Morton Grove, Il 60053 | Sale of Real Estate $50,000 was the down payment. The difference between $50,000 and the amount of this check is the broker's commission | 1110-000 | 23,420.00 | | 23,420.00 |
| 03/02/10 | 1 | Chicago Title and Trust 171 North Clark Chicago, Il 60601 | Sale of Real Estate | | 145,873.10 | | 169,293.10 |
| | | | Memo Amount:  (      3,388.20 ) County Taxes | 4700-000 | | | |
| | | | Memo Amount:  (    20,611.11 ) County Taxes | 4700-000 | | | |
| | | MARINO CENTURY 21 | Memo Amount:  (    26,580.00 ) Broker's Commission | 3510-000 | | | |
| | | CHICAGO TITLE & TRUST | Memo Amount:  (        425.00 ) Title Charges | 2500-000 | | | |
| | | CHICAGO TITLE & TRUST | Memo Amount:  (      1,650.00 ) Title Insurance | 2500-000 | | | |
| | | CHICAGO TITLE &TRUST | Memo Amount:  (          50.00 ) Delivery Charge | 2500-000 | | | |
| | | CHICAGO TITLE & TRUST | Memo Amount:  (        100.00 ) Title Insurance | 2500-000 | | | |
| | | CITY OF HIGHLAND PARK | Memo Amount:  (        221.50 ) Highland Park Stamp Tax | 2820-000 | | | |
| | | | Memo Amount:  (        443.00 ) State Stamp  Tax | 2820-000 | | | |
| | | | Memo Amount:  (            3.00 ) State of Illinois Registration Fee | 2820-000 | | | |
| | | NORTH SHORE SANITARY DISTRICT | Memo Amount:  (          18.06 ) | 2820-000 | | | |

Page Subtotals        169,293.10        0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-58649 -JBS | |
| Case Name: | BERG, STANLEY | |

Taxpayer ID No:   *******4455
For Period Ending:   03/21/12

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0396  Money Market Account (Interest Earn |

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Utilities | | | | |
| | | JENNER & BLOCK | Memo Amount:      (      3,225.92 ) | 2500-000 | | | |
| | | | Utilities | | | | |
| | | JENNER & BLOCK | Memo Amount:      (    10,976.86 ) | 2500-000 | | | |
| | | | Utilities and Landscaping | | | | |
| | | | Memo Amount:      (    36,721.15 ) | 4700-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | INGRID BERG | Memo Amount:      (  169,293.10 ) | 8500-000 | | | |
| | | | Non Debtor Payment | | | | |
| | 1 | CHICAGO TITLE & TRUST | Memo Amount:       419,580.00 | 1110-000 | | | |
| | | | Gross Sale Price | | | | |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.23 | | 169,299.33 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.96 | | 169,306.29 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.18 | | 169,313.47 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.96 | | 169,320.43 |
| 07/27/10 | | MetLife Auto & Home | Insurance Refund | 2420-000 | 684.00 | | 170,004.43 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.19 | | 170,011.62 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.22 | | 170,018.84 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.99 | | 170,025.83 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.21 | | 170,033.04 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.99 | | 170,040.03 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.22 | | 170,047.25 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 7.22 | | 170,054.47 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.30 | | 170,055.77 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.44 | | 170,057.21 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.39 | | 170,058.60 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.45 | | 170,060.05 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.40 | | 170,061.45 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.44 | | 170,062.89 |

Page Subtotals         769.79                0.00

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2                                                                                                      Page:  3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-58649  -JBS | |
| Case Name: | BERG, STANLEY | |
| | | |
| Taxpayer ID No: | *******4455 | |
| For Period Ending: | 03/21/12 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0396  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 1.45 | | 170,064.34 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 1.40 | | 170,065.74 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-002 | 1.44 | | 170,067.18 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 216.66 | 169,850.52 |
| 11/01/11 | | Transfer to Acct #*******9360 | Final Posting Transfer | 9999-000 | | 169,850.52 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 419,580.00 | COLUMN TOTALS | 170,067.18 | 170,067.18 | 0.00 |
| Memo Allocation Disbursements: | 273,706.90 | Less:  Bank Transfers/CD's | 0.00 | 169,850.52 | |
| | | Subtotal | 170,067.18 | 216.66 | |
| Memo Allocation Net: | 145,873.10 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 170,067.18 | 216.66 | |

Page Subtotals                4.29         170,067.18

Ver: 16.05d

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        05-58649 -JBS
Case Name:      BERG, STANLEY

Taxpayer ID No:  *******4455
For Period Ending:  03/21/12

Trustee Name:           RONALD R. PETERSON
Bank Name:              BANK OF AMERICA, N.A.
Account Number / CD #:  *******9360  BofA - Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/01/11 | | Transfer from Acct #*******0396 | Transfer In From MMA Account | 9999-000 | 169,850.52 | | 169,850.52 |
| 11/01/11 | 003001 | Jenner & Block | Professional Fees | 3110-000 | | 169,850.52 | 0.00 |
| | | 353 North Clark Street | Fee Application Allowances | | | | |
| | | Chicago, Illinois 60654-3456 | | | | | |

| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 169,850.52 | 169,850.52 | 0.00 |
|---|---|---|---|---|---|
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 169,850.52 | 0.00 | |
| | | Subtotal | 0.00 | 169,850.52 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 169,850.52 | |

| | | | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| Total Allocation Receipts: | 419,580.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | |
| Total Allocation Disbursements: | 273,706.90 | Money Market Account (Interest Earn - *******0396 | 170,067.18 | 216.66 | 0.00 |
| | | BofA - Checking Account - *******9360 | 0.00 | 169,850.52 | 0.00 |
| Total Memo Allocation Net: | 145,873.10 | | ------------------- | ------------------- | ------------------- |
| | | | 170,067.18 | 170,067.18 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        169,850.52        169,850.52

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*